FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 31  P 12: 40

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO V. CARACCI | CIVIL ACTION |
| VERSUS | NO. 00-258 |
| WALMART STORES, INC., ET AL | SECTION: R (4) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 99-3090, *Gina M. Caracci vs. WalMart Stores, Inc., et al*, presently pending in Section "B"(4) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "B"(4) for further proceedings.

New Orleans, Louisiana, this 31st day of January, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

REALLOTTED TO:
SECT. B

DATE OF ENTRY JAN 3 1 2000