```
                                                    FILED
                                              U.S. DISTRICT COURT

                                              2000 APR 12  P 2: 39

                                              LORETTA G. WHYTE
```

**MINUTE ENTRY**
**LEMELLE, J.**
**April 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GINA M. CARACCI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 99-3090 c/w** <br> **00-258** |
| **WAL-MART STORES, INC., ET AL.** | **SEC. "B"(4)** |

This matter came before the Court for oral argument today in consideration of Plaintiff Antonino Caracci's Motion for Remand. After considering the pleadings, the law, and the argument of counsel, the Court rendered its decision on the motion. Accordingly, for the reasons assigned in open court during the hearing,

**IT IS ORDERED** that Plaintiff Antonino Caracci's Motion for Remand hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Civil Action No. 00-258 "B" (4), be and hereby is **DECONSOLIDATED** from Civil Action No. 99-3090 "B" (4). The parties shall discontinue all filings in the closed matter identified as Civil Action No. 00-258 "B" (4).

**DATE OF ENTRY**
**APR 1 3 2000**

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc.No. 6

**IT IS FURTHER ORDERED** that the caption for Civil Action No. 99-3090 "B" (4) shall be revised to remove all references to "c/w 00-258."

**IT IS FURTHER ORDERED** that Civil Action No. 00-258 shall be remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, the state court from which Civil Action No. 00-258 originated as Civil Action No. 545-443.

New Orleans, Louisiana, this 12th day of April, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE